IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>WASHINGTON MUTUAL. INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No.: 08-12229 (MFW)<br><br>(Jointly Administered) |
| Plaintiffs, Nantahala Capital Partners, LP, Blackwell Capital Partners, LLC, Axicon Partners LLC, Brennus Fund Limited, Costa Brava Partnership III, LLP, Sonterra Capital Master Fund, Ltd., for themselves and as a class representative of the Dime Litigation Tracking Warrants,<br>*Plaintiff*<br>v.<br>WASHINGTON MUTUAL, INC., CHARLES LILLIS, DAVID BONDERMAN, JAMES STEVER, MARGRET OSMER-MCQUADE, ORIN SMITH, PHILLIP MATTHEWS, REGINA MONTOYA, STEPHEN FRANK, STEPHEN CHAZEN, THOMAS LEPPERT, WILLIAM REED, JR., and MICHAEL MURPHY<br>*Defendants* | Adv. Proc. No.: 10-50911 (MFW)<br><br><br><br><br><br>Re: DKT. Nos. 312 &313 |

**APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION
OF RECORD ON APPEAL OF THE CONFIRMATION ORDER**

Benjamin Bush ("Appellant"), as appellant in the instant appeal (the "Appeal"), hereby

submits his statement of issues (the "Statement of Issues") to be presented in the Appeal and designate (the "Designation") the items to be included in the record for the Appeal:

## STATEMENT OF ISSUES

I. Did the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") err when it entered judgment in favor of the defendant in Adv. Proc. No.: 10-50911 (MFW)

II. Did the Bankruptcy Court err when it rejected all objections to the LTW Stipulation and Agreement?

III. Did the Bankruptcy Court err when it concluded that Class Counsel for the LTW Class did not have a disabling conflict of interest?

## DESIGNATION OF ITEMS ON APPEAL

Appellant hereby designates the following items to be included in the record for the Appeal:

| Designation No. | Date | Adv. Proc. No. 10-50911, Docket No. | Description[1] |
|---|---|---|---|
| D-1 | 6-8-11 | 230 | Third Amended Adversary Complaint |
| D-2 | 6-22-11 | 237 | Third Answer to Third Amended Complaint |
| D-3 | 9-16-11 | 275 | Order Approving Certification of Class |
| D-4 | 9-7-11 | 276 | Joint Pre-Trial Order |
| D-5 | 9-14-11 | 285 | Trial Transcript – Day 1 |
| D-6 | 9-15-11 | 286 | Trial Transcript – Day 2 |

---

[1] Items designated include all exhibits and submissions attached thereto.

| Designation No. | Date | Adv. Proc. No. 10-50911, Docket No. | Description[1] |
|---|---|---|---|
| D-7 | 9-16-11 | 288 | Trial Transcript – Day 3 |
| D-8 | 10-14-11 | 296 | Claimants' Post-Trial Memorandum of Law |
| D-9 | 11-03-11 | 302 | Defendant's Post-Trial Memorandum of Law |
| D-10 | 11-17-11 | 306 | Claimants' Post-Trial Reply Brief |
| D-11 | 11-23-11 | 310 | Oral Argument – Post Trial Closing Arguments |
| D-12 | 1-03-12 | 312 | Opinion Granting Judgment in Favor of Defendant |
| D-13 | 1-03-12 | 313 | Order Granting Judgment in Favor of Defendant |
| D-14 | 1-25-12 | 325 | Objection to Stipulation & Agreement |
| D-15 | 1-27-12 | 331 | Amended Objection to Stipulation & Agreement |
| D-16 | 1-30-12 | 327 | Reply of Class Plaintiffs to Objections |
| D-17 | 1-31-12 | 335 | Reply of Benjamin Bush to Class Plaintiffs' Response to Objections |
| D-18 | 2-03-12 | 337 | Transcript from Hearing on 2-01-12 re Objections |
| D-19 | 11-17-10 | 86 | Plaintiffs' Memorandum of Law Opposing Debtor's Motion for Summary Judgment |
| D-20 | 11-24-10 | 92 | Opposition to Debtor's Motion for Summary Judgment by Sonterra Capital |
| D-22 | 12-06-10 | 112 | Transcript from Hearing on 12-01-11 re Summary Judgment Motion |
| D-21 | 01-07-11 | 145 | Opinion Denying Debtor's Motion for Summary Judgment |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## RESERVATION OF RIGHTS

Appellant expressly reserves, and does not waive, his right to supplement the Statement of Issues and the Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of the counter-designation of additional items to be included in the record on appeal and/or cross-statement of issues on appeal. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

The parties to the Opinion and Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| Benjamin Bush, individually and on behalf of the Dime Litigation Tracking Warrants | Benjamin Bush pro se<br>9200 Litzsinger Road<br>Suite B<br>Brentwood, MO 63144<br>Telephone: (310) 991-2513<br>Facsimile: (310) 496-3229<br>Benjamin Bush (ben.bush@verizon.net) |
| Plaintiffs, Nantahala Capital Partners, LP, Blackwell Capital Partners, LLC, Axicon Partners LLC, Brennus Fund Limited, Costa Brava Partnership III, LLP, Sonterra Capital Master Fund, Ltd., for themselves and as a class representative of the Dime Litigation Tracking Warrants | Frederick B. Rosner<br>Scott J. Leonhardt<br>THE ROSNER LAW GROUP LLC<br>824 Market Street; Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 777-1111<br>Frederick B. Rosner (rosner@teamrosner.com)<br>Scott Leonhardt (leonhardt@teamrosner.com)<br><br>-and-<br><br>Arthur Steinberg<br>KING & SPAULDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br>Arthur J Steinberg (asteinberg@kslaw.com) |

| | |
|---|---|
| | -and-<br><br>Jonathan L. Hochman<br>SCHINDLER COHEN & HOCHMAN LLP<br>100 Wall Street, 15th Floor<br>New York, NY 10005<br>Telephone: (212) 277-6300<br>Facsimile: (212) 277-6333<br>Jonathan L. Hochman, Esq.<br>(JHochman@schlaw.com) |
| Defendants, Washington Mutual, Inc., Charles Lillis, David Bonderman, James Stever, Margret Osmer-Mcquade, Orin Smith, Phillip Matthews, Regina Montoya, Stephen Frank, Stephen Chazen, Thomas Leppert, William Reed, Jr., and Michael Murphy | Mark D. Collins<br>Travis A. McRoberts<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7502<br>Mark D. Collins (collins@rlf.com)Travis A. McRoberts (mcroberts@rlf.com)<br><br>-and-<br><br>Bran S. Rosen<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8602<br>Fax: (212) 310-8007<br>Brian S. Rosen (brian.rosen@weil.com) |
| Official Committee of Unsecured Creditors | David B. Stratton<br>Evelyn J. Meltzer<br>PEPPER HAMILTON LLP<br>1313 North Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone: (302) 777-6566<br>FAX: (302) 656-8865<br>David B. Stratton (strattond@pepperlaw.com)<br>Evelyn J. Meltzer (meltzere@pepperlaw.com)<br><br>-and- |

|  | Fred S. Hodara<br>Robert A. Johnson<br>AKIN GUMP STRAUSS HAUER & FIELD LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel: (212) 872-1000<br>Fax: (212) 872-1002<br>Fred S. Hodara (fhodara@akingump.com)<br>Robert A. Johnson (rajohnson@akingump.com) |
|---|---|

Dated: February 9, 2012

Respectfully Submitted,

*[signature]*

Benjamin Bush
Pro se
9200 Litzsinger Road
Suite B
Brentwood, MO 63144
Tel: (310) 991-2513
Fax: (310) 496-3229
Ben.bush@verizon.net

### CERTIFICATE OF SERVICE

I certify that on Thursday, February 9, 2012, a copy of this pleading was filed via hand delivery with the Clerk of Court. Notice of this filing will be sent to all counsel of record via e-mail.

*[signature]*

Benjamin Bush